**Exhibit A**

**(List of Affiliated Debtors)**

| **Entity Name** | **State of Organization** | **Tax ID Number** |
|---|---|---|
| Signorello Estate LP, a California Limited Partnership | California | 99-1051655 |
| Northern Empire LLC, a California Limited Liabilty company | California | 11-3664638 |
| Napa Wine Partners LP, a California Limited Partnership | California | 26-2962792 |
| Trim Wines LLC, a California Limited Liability company | California | 27-4729990 |
| R.E.S., Inc., a Nevada Corp | Nevada | 88-0166944 |
| Walrus, Inc., a Nevada Corp | Nevada | 88-0178496 |
| Fused Wines LLC, a California Limited Liability Company | California | 26-1328413 |
| Signorello Consulting Inc. a corporation formed under the Provincial laws of British Columbia | British Columbia | 98-1804049<br>Canada 861286623 RC0001 |