**SIGNORELLO ESTATE LP**

**ACTION BY UNANIMOUS WRITTEN CONSENT**

**OF THE PARTNERS**

The undersigned, constituting all of the partners (the "Partners") of Signorello Estate LP, a California limited partnership (the "Partnership"), pursuant to the California Revised Uniform Partnership Act, hereby take the following actions and adopt the following resolutions by unanimous written consent without a meeting, effective as of the latest date set forth below:

1. **Commencement of Chapter 11 Case**

**WHEREAS**, the Partners have reviewed and considered the materials presented by and the recommendations of both the management of the Partnership and the Partnership's financial and legal advisors regarding the liabilities and liquidity situation of the Partnership; and

**WHEREAS**, the Partners have consulted with the Partnership's management and financial and legal advisors and have considered fully each of the strategic alternatives available to the Partnership; and

**WHEREAS**, the Partners have received information and recommendations from, asked questions of, and consulted with the Partnership's management and financial and legal advisors, including in connection with the consideration of the strategic alternatives available to the Partnership; and

**WHEREAS**, in the Partners' judgment, based upon the foregoing, it is desirable and in the best interests of the Partnership, its creditors, equity holders, and other interested parties that the Partnership file a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT RESOLVED**, that Raymond Signorello, as President of the Partnership (the "President"), be, and hereby is, authorized and directed in the name and on behalf of the Partnership to execute and verify a voluntary petition for the Partnership to commence proceedings under chapter 11 of the Bankruptcy Code and to cause the same to be filed in any district at such time and venue as the President executing said petition shall determine (the "Filing"); and

**RESOLVED, FURTHER**, that the President be, and hereby is, authorized and directed to employ the law firm of Keller Benvenutti Kim LLP as general bankruptcy counsel to represent and assist the Partnership in connection with the Filing, carrying out its duties under the Bankruptcy Code and related matters, and to take any and all actions to advance the rights and obligations of the Partnership, and other matters consistent therewith, including filing any pleadings; and in connection therewith. The President be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing

of the case under chapter 11 of the Bankruptcy Code, and cause to be filed an appropriate application for authority to retain the services of Keller Benvenutti Kim LLP; and

**RESOLVED, FURTHER**, that the President be, and hereby is, authorized and directed to employ the firm of Arch & Beam Global, LLC as its financial advisor to represent and assist the Partnership in carrying out its duties under the Bankruptcy Code and related matters, and to take any and all actions to advance the rights and obligations of the Partnership, and other matters consistent therewith. The President be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the case under chapter 11 of the Bankruptcy Code, and cause to be filed an appropriate application for authority to retain the services of Arch & Beam Global, LLC; and

**RESOLVED FURTHER**, that the President be, and hereby is, authorized and directed to employ any other professionals to assist the Partnership in carrying out its duties under the Bankruptcy Code and related matters; and in connection therewith, the President be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the case under chapter 11 of the Bankruptcy Code, and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and

**RESOLVED FURTHER**, that the President be, and hereby is, authorized and directed in the name and on behalf of the Partnership to execute all petitions, schedules, motions, lists, applications, pleadings, and other papers or documents, and to take any and all such other and further actions which the President or legal counsel for the Partnership may deem necessary, proper, or desirable in connection with the cases under chapter 11 of the Bankruptcy Code and other matters consistent therewith, with a view to the successful prosecution of such cases.

**2. <u>Omnibus Resolutions</u>**

**RESOLVED FURTHER**, that the President be, and hereby is, authorized and directed, in the name and on behalf of the Partnership, to take such actions and to make, sign, execute, acknowledge, and deliver any and all such additional documents, agreements, affidavits, applications for approvals or rulings of governmental or regulatory authorities, motions, orders, directions, certificates, requests, receipts, financing statements, or other instruments as may be reasonably required to give effect to the foregoing resolutions and to consummate the transactions contemplated by the foregoing resolutions, to execute and deliver such instruments, and to fully perform the terms and provisions thereof; and

**RESOLVED FURTHER**, that the President is hereby authorized and directed, on behalf and in the name of the Partnership, to make all such arrangements, to do and perform all such acts and things, including, without limitation, soliciting appropriate consents or waivers from stockholders, and to execute and deliver all such instruments, certificates and other documents as they may deem necessary or appropriate in order to effectuate fully the purpose of each and all of the foregoing resolutions and the transactions contemplated thereby and the undersigned hereby ratify and confirm any and all actions taken heretofore and hereafter by the President to accomplish such purposes.

In accordance with the Partnership's agreement, this action may be executed in writing, or consented to by electronic transmission, in any number of counterparts, each of which when so executed shall be deemed to be an original and all of which taken together shall constitute one and the same action.

Dated: Aug 27, 2026

Ray Signorello
Raymond Signorello Jr.

**Signorello Consulting Inc.**, General Partner

Dated: Aug 27, 2026

Ray Signorello
Name: Raymond Signorello Jr.
Title: Secretary