**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re: Case No.: 26-10655

Signorello Estate LP, *et. al.*, Debtors /

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of __21__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: 08/27/2026

*/s/ Jane Kim*
Signature of Debtor's Attorney or Pro Per Debtor

Abbott Creative Solutions

55 Springstowne Ctr Ste 202

Vallejo, CA 94591

Adam Talavera Vazquez

Address on File

Alain Fouquet and Associates Inc

Attn Jill Farmer

PO Box 2118

Napa, CA 94558

Aldenbridge Logistics Solutions LLC

Attn Angie H

1000 Brickelle Ave Suite 215

Miami, FL 33131

American AgCredit

Attn Jacob Bingham

4845 Old Redwood Hwy

Santa Rosa, CA 95403

American Express

PO Box 981535

El Paso, TX 79998-1535

Andrew Wesson

Address on File

Angel Antonio Almarez Moreno

Address on File

Arable Advisory Group LLC

Attn Doug Chapman

PO Box 28251

Fresno, CA 93729

Arch Specialty Ins

Four Embarcadero Center Ste 3680

San Francisco, CA 94111

AT and T

PO Box 5014

Carol Stream, IL 60197

AT and T

PO Box 6416

Carol Stream, IL 60197-6416

Beadle Raven

600 1090 Georgia St W

Vancouver, BC V6E 3V7, Canada

Bert Williams and Sons Inc

525 Northbay Drive

Napa, CA 94559-1499

Billcom

6220 America Center Drive Suite 100

San Jose, CA 95002

BMO

20 S Canal St

Chicago, IL 60606

BMO Capital Markets

Attn Perry DeLuca

One Market Plaza 1515 Spear Tower

San Francisco, CA 94105

Brandon Garcia

Address on File

Brian D Miracle

Address on File

California Department of Tax and Fee Administration

PO Box 942879

Sacramento, CA 94279

California Employment Development Department

PO Box 826880

Sacramento, CA 94280

California Franchise Tax Board

PO Box 942857

Sacramento, CA 94257

Carbonneau Williams LLC

Attn Jim Williams

1500 Railroad Ave

St Helena, CA 94574

Carlos Vazquez Zuniga

Address on File

Carmen Vazquez

Address on File

Cartons and Crates Shipping Co

3250 California Blvd

Napa, CA 94558

Cecelio Ortiz

Address on File

Central Valley Builders Supply

1804 Soscol Ave Ste 205

Napa, CA 94559

ChaseFreedom

Attn Cardmember Services

PO Box 6294

Carol Stream, IL 60197-6294

Christina M Earley

Address on File

Clark's ACE Hardware

325 Lincoln Avenue

Napa, CA 94558-3698

Complete Welders Supply

Attn Rochelle Samansky

PO Box 2516

Napa, CA 94558

Cork Supply USA Inc

Attn Laurie Bennet

531 Stone Road

Benicia, CA 94510

Crush Fabrication Mechanical LLC

Attn Chris Price

932 Kaiser Road

Napa, CA 94558

Darren D Whitcher

Address on File

Delaney K Brown

Address on File

Dellavalle Laboratory Inc

1910 W McKinley Suite 110

Fresno, CA 93728

Donahue Fitzgerald Attorneys

1999 Harrison St 26th Floor

Oakland, CA 94612

Edgar A Toledo Guidino

Address on File

Emilio Perez Ruiz

Address on File

Esgardo Rodriguez

Address on File

Etched Images

1758 Industrial Way 101

Napa, CA 94558

Fernando M Vasquez

Address on File

Francois Freres USA

Attn Julie Guffy

1403 Jefferson St

Napa, CA 94559

G3 Enterprises Inc

Attn Susan owen

PO Box 742338

Los Angeles, CA 90074-2338

Gerardo Reyes Almaraz

Address on File

Global Payments

3550 Lenox Road

Atlanta, GA 30326

Greg D Luck Inc

Attn Greg Luck

5811 Cooney Road Suite 204

Richmond, BC V6X 3M1, Canada

Groupe Barthe USA Inc EU

Attn Andy Gridley

9 Rue Ernest Cognacq

Narbonne, Occitanie 11100

Heritage Systems Inc

Attn Candy

2471 Solano Avenue Suite 141

Napa, CA 94558

Hugo A Toledo Guidino

Address on File

Ian Vargas Wiggins

Address on File

Internal Revenue Service

PO Box 742562

Cincinnati, OH 45280-2562

Internal Revenue Service

PO Box 932100

Louisville, KY 40293

Intralinks Inc

PO Box 392134

Pittsburgh, PA 15251-9134

Intuit Quickbooks

2700 Coast Ave

Mountain View, CA 94043

Ivan Hernandez

Address on File

Javier Hernandez Salazar

Address on File

John C Hawkins

Address on File

Jorge O Almaraz

Address on File

Jose Javier Hernandez Mondragon

Address on File

Jose Jimenez Castro

Address on File

Joseph P Leli

Address on File

Kimberli D Rogers

Address on File

KL Compliance

Attn Keron Lenz

Layton

Attn Pat Hammond

7674 W Lake Mead Blvd Suite 247

Las Vegas, NV 89128

Layton Consulting Ltd

233 18525 53 Ave

Surrey, BC V3S 7A4

LCBO

Attn Barb Wilson

100 Queens Quay E

Toronto, ON M5E 0C7, Canada

Lee Greenberg

Address on File

Leete Generators

Attn James Ball

2999 Dutton Avenue

Santa Rosa, CA 95407

Lidia B Medina De Vazquez

Address on File

Louis Latour Inc

Attn Nancy Armstrong

25 Mitchell Blvd Ste 7

San Rafael, CA 94903

Major Alarm Inc

1160 Industrial Ave

Petaluma, CA 94952

Michael A Maroney

Address on File

Michael K Costley

Address on File

Michael L Turner

Address on File

Miguel Perez

Address on File

Missing Link Networks Inc

Attn Rosa Cachu

PO Box 497

Calistoga, CA 94515

Missouri Department of Revenue

1738 East Elm Street Lower Level East

Jefferson City, MO 65101

Murphy Logan and Roades Brown LLP

Attn Julie Capito

2350 First Street

Napa, CA 94559-2239

myEnologist

Attn Mark Meyering

1866 El Centro Avenue

Napa, CA 94558

Napa Chamber of Commerce

1556 First Street

Napa, CA 94559

Napa County Farm Bureau

2600 River Plaza Dr Suite 230

Sacramento, CA 95833

Napa County Recycling and Waste Services

PO Box 239

Napa, CA 94559

Napa County Tax Collector

1195 Third St Suite 108

Napa, CA 94559

Napa Valley Grape Growers

831 Latour Court Suite A

Napa, CA 94558

Napa Valley Petroleum Inc

PO Box 2670

Napa, CA 94558-0528

Napa Valley Vintners Association

PO Box 141

St. Helena, CA 94574

Nevada Secretary of State

101 North Carson Street Suite 3

Carson City, NV 89701

Nordby Construction Company

600 Bicentennial Way Ste 210

Santa Rosa, CA 95403

Norman Zuniga De Solorio

Address on File

Paragon Insurance Holdings

45 Nod Road

Avon, CT 6001

Pedroncelli Mobile Bottling Inc

18775 Carriger Rd

Sonoma, CA 95476

PG and E

PO Box 997300

Sacramento, CA 95899

Picovale Services Inc

PO Box 2872

Granite Bay, CA 95746

Precision Forecasting LLC

PO Box 51189

Seattle, WA 98115

Premier Viticultural Services

Attn Steve Matthiason

1795 3rd St

Napa, CA 94559

Priyanka D French

Address on File

Purple Wine Company LLC

617 2nd St

Petaluma, CA 94952

Ramondin USA Inc

Attn Areli Gonzalez

541 Technology Way

Napa, CA 94558

Rand Signorello

Address on File

Republic Indemnity Company

100 Pine Center St 1400

San Francisco, CA 94111

Ricardo Almaraz Delgado

Address on File

Robert D Vargas

Address on File

Roberto Velazquez Panaleon

Address on File

Rochelle Munoz

Address on File

Rosano and Company

430 Bayshore Blvd

San Francisco, CA 94124

Russell Melgar

Address on File

Salvador Almaraz

Address on File

Samantha R Farr

Address on File

Sanders Jacobs Cassayre Insurance Services

Attn Jacobs Sanders

3200 Villa Ln

Napa, CA 94558

Sarah Martin DelCampo

Address on File

Saxco International LLC

Attn Sylvie Langlois

1855 Gateway Blvd Suite 400

Concord, CA 94520

SBA

455 Market Street Suite 600

San Francisco, CA 94105

Scott Technology Group

100 Professional Ctr Dr 105

Rohnert Park, CA 94928

Sean Kircher

Address on File

Societe des Alcools du Quebec

1520 Revere Ave

San Francisco, CA 94124

Stephen M Seaholm

Address on File

Tapp Label

Attn Susan Owen

PO Box 742338

Los Angeles, CA 90074-2338

Taylor Lombardo Architects

Attn Laurie Rittman

40 Hotaling Place

San Francisco, CA 94111

Tocade

4455 St Hubert

Montreal, QC H2J 2X1, Canada

Tonnellerie Bel Air EU

Attn Arminee Chahbazian

42 route de Creon

Cenac,  33360, France

Tonnellerie Berger and Fils

Attn samuel Golub

6 Rue Lamartine

Vertheuil,  33180, France

Tonnellerie Bourgogne EU

Attn Andrea Hedemark

55 Impasse du Pre des Taupes

Meursault, Franche-Comte 21190, France

Tonnellerie Orion EU

Attn Bayard Fox

ZA le Parc

Canals,  82170, France

Tonnellerie Sylvain EU

23 Route de Lyon D1089

Saint Denis De Pile,  33910, France

Top it Off Bottling

Attn David Crawford

2747 Napa Valley Corporate Drive

Napa, CA 94558

Total Industries

Attn Jamie Harrison

6999 Southfront Rd

Livermore, CA 94551

Vineview

Attn Martin Gaudet

One Airport Way Hangar 13

Angwin, CA 94508

Wells Fargo Bank NA

333 Market Street

San Francisco, CA 94105

WestAmerica Bank

1108 Fifth Avenue

San Rafael, CA 94901

Wilbur Ellis Company LLC

PO Box 45326

San Francisco, CA 94145-0326

Wine Compliance Alliance

Attn Ann

1339 Pearl Street Suite 203

Napa, CA 94559

Wine Shippingcom LLC

50 Technology Ct

Napa, CA 94558

Woodside Electronics Corporation

1311 Bluegrass Pl

Woodland, CA 95776