**KELLER BENVENUTTI KIM LLP**
JANE KIM (Cal. Bar No. 298192)
(jkim@kbkllp.com)
GABRIELLE L. ALBERT (Cal. Bar No. 190895)
(galbert@kbkllp.com)
TYLER DAVIS (Cal. Bar No. 338117)
(tdavis@kbkllp.com)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Proposed Attorneys for Debtors and Debtors in Possession*



**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re:<br><br>SIGNORELLO ESTATE LP, *et al.*,[1]<br><br>Debtors. | Case No. 26-10655 (___)<br><br>(Joint Administration Requested)<br><br>Chapter 11<br><br>**OMNIBUS CORPORATE OWNERSHIP STATEMENT**<br><br>[No Hearing Requested] |

[1] The last four digits of Signorello Estate LP's tax identification number are 1655. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Signorello. The Debtors' service address is 4500 Silverado Trail, Napa, CA 94558.

| Debtor | Corporate Ownership Statement |
|---|---|
| Signorello Estate LP, a California limited partnership | Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, Debtor states that 99% of its equity interests are owned by Raymond Signorello. |
| Northern Empire LLC, a California limited liability company | Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, Debtor states that 66.7% of its equity interests are owned by Raymond Signorello. No other person or entity owns 10% or more equity interest in the Debtor. |
| Napa Wine Partners LP, a California limited partnership | Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, Debtor states that 75.1% of its equity interests are owned by Raymond Signorello. No other person or entity owns 10% or more equity interest in the Debtor. |
| Trim Wines LLC, a California limited liability company | Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, Debtor states that 65.35% of its equity interests are owned by Raymond Signorello. No other person or entity owns 10% or more equity interest in the Debtor. |
| R.E.S., Inc., a Nevada corporation | Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, Debtor states that 100% of its equity interests are owned by The Signorello Children's Trust I. |
| Walrus, Inc., a Nevada corporation | Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, Debtor states that 100% of its equity interests are owned by The Signorello Children's Trust II. |
| Fused Wines LLC, a California limited liability company | Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, Debtor states that 75.1% of its equity interests are owned by Raymond Signorello. No other person or entity owns 10% or more equity interest in the Debtor. |
| Signorello Consulting Inc., a British Columbia corporation | Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, Debtor states that 100% of its equity interests are owned by Raymond Signorello. |

KELLER BENVENUTTI KIM LLP
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CALIFORNIA 94104