**KELLER BENVENUTTI KIM LLP**
JANE KIM (Cal. Bar No. 298192)
(jkim@kbkllp.com)
GABRIELLE L. ALBERT (Cal. Bar No. 190895)
(galbert@kbkllp.com)
TYLER DAVIS (Cal. Bar No. 338117)
(tdavis@kbkllp.com)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Proposed Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

In re:

SIGNORELLO ESTATE LP, *et al.*,[1]

Debtors.

Case No. 26-10655 (DM)

(Joint Administration Requested)

Chapter 11

**NOTICE OF HEARING ON FIRST DAY MOTIONS**

**Date:** September 2, 2026
**Time:** 10:00 a.m. (Pacific Time)
**Place:** **Zoom Videoconference Only**
United States Bankruptcy Court
450 Golden Gate Avenue
Courtroom 17, 16th Floor
San Francisco, CA 94102

[1] The last four digits of Signorello Estate LP's tax identification number are 1655. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Signorello. The Debtors' service address is 4500 Silverado Trail, Napa, CA 94558.

**TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, THE TOP 30 UNSECURED CREDITORS WHO ARE NOT INSIDERS, THE SECURED LENDER, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on August 27, 2026 (the "Petition Date"), Signorello Estate LP ("Signorello Estate") and its affiliates as debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (Santa Rosa Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing (the "First Day Hearing") for **September 2, 2026, at 10:00 a.m.** (Prevailing Pacific Time), before the Honorable Dennis Montali, United States Bankruptcy Judge, **only via Zoom**. The Court's website offers information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a video hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that, at the First Day Hearing, the Court will hear the motions filed by the Debtors and listed in the proposed agenda below (the "First Day Motions").

**AGENDA FOR FIRST DAY HEARING ON SEPTEMBER 2, 2026 AT 10:00 A.M.**

**I. ADMINISTRATIVE MOTIONS**

**A. Responsible Individual Application.** *Application of the Debtors Pursuant to B.L.R. 4002-1 for Order Appointing Raymond Signorello as Responsible Individual* [Docket No. 8].

**B. Motion to Extend Time to File Statements and Schedules.** *Motion of Debtors for Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs* [Docket No. 9]

**C. Consolidated Matrix and Top 30 Motion.** *Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, and (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors; (II) Implementing Certain Procedures for the Notice of Commencement; and (III) Granting Related Relief* [Docket No. 10]

KELLER BENVENUTTI KIM LLP
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CALIFORNIA 94104

**D.** **<u>Retention Application for Claims and Noticing Agent</u>.** *Application of Debtors for Entry of an Order Appointing Stretto, Inc. as Claims and Noticing Agent* [Docket No. 20].

## II. <u>SUBSTANTIVE MOTIONS</u>

**A.** **<u>Cash Management Motion</u>.** *Motion of Debtors for Interim and Final Orders (I) Approving Continued Use of the Debtors' Cash Management System and Bank Accounts; (II) Authorizing the Debtors to Open and Close Bank Accounts; and (III) Authorizing the Banks to Honor Certain Prepetition Transfers* [Docket No. 11].

**B.** **<u>Employee Wages and Benefits Motion</u>.** *Motion of Debtors for Interim and Final Orders Authorizing (A) Payment of Prepetition Employee Wages, Benefits, and Related Items; and (B) Continuation of Certain Employee Benefit Programs in the Ordinary Course* [Docket No. 12].

**C.** **<u>Insurance Motion</u>.** *Motion of Debtors for Interim and Final Orders Authorizing the Debtors to (A) Maintain Insurance Programs and Pay Related Obligations; and (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies* [Docket No. 13].

**D.** **<u>Tax Management Motion</u>.** *Motion of Debtors for Interim and Final Orders Granting Authority to Pay Certain Prepetition Taxes and Assessments and Related Relief* [Docket No. 14].

**E.** **<u>Utilities Motion</u>.** *Motion of Debtors for Interim and Final Order Establishing Adequate Procedures with Respect to the Debtors' Utility Providers* [Docket No. 15].

**F.** **<u>Shippers and Warehouse Motion</u>.** *Motion of Debtors for Interim and Final Authority to Pay (I) Prepetition Obligations Owed to Shippers and Warehousemen, and Other Lien Claimants and (II) Related Excise Taxes* [Docket No. 16].

**G.** **<u>DIP and Cash Collateral Motion</u>.** *Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to Obtain Post-Petition Secured Financing Pursuant to Section 364 of the Bankruptcy Code; (II) Authorizing the Use of the DIP Lender's Cash Collateral; (III) Granting Superpriority Administrative Expense Claims; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* [Docket No. 18].

KELLER BENVENUTTI KIM LLP
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CALIFORNIA 94104

**PLEASE TAKE FURTHER NOTICE** that any opposition or response to the First Day Motions may be filed before or presented orally at the First Day Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Motions and their supporting documents can be viewed and/or obtained by: (i) accessing the Court's website at http://www.canb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' proposed notice and claims agent, Stretto, Inc. ("Stretto"), at the following web address: https://cases.stretto.com/Signorello, by calling (833) 307-4384 (toll free) or +1 (949) 398-0568 for international parties, or by e-mail at: TeamSignorello@stretto.com. Note that a PACER password is needed to access documents on the Court's website.

Dated: August 28, 2026

**KELLER BENVENUTTI KIM LLP**

By: */s/ Jane Kim*
Jane Kim

*Proposed Attorneys for Debtors and Debtors In Possession*

KELLER BENVENUTTI KIM LLP
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CALIFORNIA 94104